# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re: ZWICK, TIMOTHY A                       § Case No. 1:10-13799
                                              §
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Stacy B. Ferrara, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $267,709.00              Assets Exempt: $61,643.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,512.20    Claims Discharged
                                               Without Payment: $82,850.95

Total Expenses of Administration: $5,896.80

  3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 4,591.00 (see **Exhibit 2**), yielded net receipts of $20,409.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,896.80 | 5,896.80 | 5,896.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,700.00 | 1,627.38 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,361.00 | 97,470.49 | 97,363.15 | 14,512.20 |
| **TOTAL DISBURSEMENTS** | $99,061.00 | $104,994.67 | $103,259.95 | $20,409.00 |

4) This case was originally filed under Chapter 7 on September 10, 2010. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2013          By: /s/Stacy B. Ferrara
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent 1/3 Beneficiary in that 'Irrevocable | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Timothy A. Zwick | Exemption paid to Debtor | 8100-002 | 4,591.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,591.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stacy B. Ferrara | 2100-000 | N/A | 2,790.90 | 2,790.90 | 2,790.90 |
| Stacy B. Ferrara | 2200-000 | N/A | 140.90 | 140.90 | 140.90 |
| Stacy B. Ferrara | 3110-000 | N/A | 2,915.00 | 2,915.00 | 2,915.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $5,896.80 | $5,896.80 | $5,896.80 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Department of the Treasury | 5800-000 | 1,700.00 | 1,090.19 | 0.00 | 0.00 |
| 5P | Department of the Treasury | 5800-000 | N/A | 537.19 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,700.00 | $1,627.38 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fia Card Services, NA/Bank of America | 7100-000 | 35,265.00 | 35,265.38 | 35,265.38 | 5,256.39 |
| 2 | Fia Card Services, NA/Bank of America | 7100-000 | 28,840.00 | 28,840.90 | 28,840.90 | 4,298.80 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 33,256.00 | 33,256.87 | 33,256.87 | 4,957.01 |
| 4U | Department of the Treasury | 7100-000 | N/A | 77.17 | 0.00 | 0.00 |
| 5U | Department of the Treasury | 7100-000 | N/A | 30.17 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $97,361.00 | $97,470.49 | $97,363.15 | $14,512.20 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:10-13799  
**Case Name:** ZWICK, TIMOTHY A  

**Period Ending:** 03/19/13

**Trustee:** (590110) Stacy B. Ferrara  
**Filed (f) or Converted (c):** 09/10/10 (f)  
**§341(a) Meeting Date:** 10/06/10  
**Claims Bar Date:** 02/07/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5 Deer Run Road, West Warwick, RI 02893 | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking Account with Sovereign Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking Account with Sovereign Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5  Business Checking Account at Sovereign Bank | 4.00 | 0.00 | DA | 0.00 | FA |
| 6  Business Checking Account at Sovereign Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 7  Refrigerator, Stove, Washer, Dryer, Master Bedro | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8  Misc. Reading Books, Wall art/ House Decorations | 500.00 | 0.00 | DA | 0.00 | FA |
| 9  Mens Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 10  Wedding Band, Gold Necklace and Watch | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11  Fishing Rod and Digital Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 12  Term Life Insurance Policy with TransAmerica | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  401K with Employer (Started 401K account in Augu | 600.00 | 0.00 | DA | 0.00 | FA |
| 14  World Trade Exchange, LLC Nevada Corporation Bus | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  Tazmedia. LLC Nevada Corporation Corporation is | 4.00 | 0.00 | DA | 0.00 | FA |
| 16  1997 Jeep Grand Cherokee | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 17  1 Dog | 1.00 | 0.00 | DA | 0.00 | FA |
| 18  Contingent 1/3 Beneficiary in that 'Irrevocable | 81,261.93 | 76,670.93 | | 25,000.00 | FA |
| **18  Assets  Totals** (Excluding unknown values) | **$348,970.93** | **$76,670.93** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Attempting to value and sell beneficial interest in trust which owns real estate in Jamestown worth over $1 Million; listed on NABT website.  Received nominal offers to date.

**Initial Projected Date Of Final Report (TFR):**    December 30, 2011          **Current Projected Date Of Final Report (TFR):**    November 9, 2012  (Actual)

Printed: 03/19/2013 03:11 PM     V.13.11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1:10-13799  
**Case Name:** ZWICK, TIMOTHY A  

**Taxpayer ID #:** **-***0000  
**Period Ending:** 03/19/13  

**Trustee:** Stacy B. Ferrara (590110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****908766 - Checking Account  
**Blanket Bond:** $400,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,359.00 | | 20,359.00 |
| 01/22/13 | 10102 | Stacy B. Ferrara | Dividend paid 100.00% on $2,915.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,915.00 | 17,444.00 |
| 01/22/13 | 10103 | PYOD LLC its successors and assigns as assignee of | Dividend paid  14.90% on $33,256.87; Claim# 3; Filed: $33,256.87; Reference: XXXXXXXX3642 | 7100-000 | | 4,957.01 | 12,486.99 |
| 01/22/13 | 10104 | Stacy B. Ferrara | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,931.80 | 9,555.19 |
| | | | Dividend paid 100.00%        2,790.90<br>on $2,790.90;  Claim# ;<br>Filed: $2,790.90 | 2100-000 | | | 9,555.19 |
| | | | Dividend paid 100.00%        140.90<br>on $140.90;  Claim# ;<br>Filed: $140.90 | 2200-000 | | | 9,555.19 |
| 01/22/13 | 10105 | Fia Card Services, NA/Bank of America | Combined Check for Claims#1,2 | | | 9,555.19 | 0.00 |
| | | | Dividend paid  14.90%        5,256.39<br>on $35,265.38;  Claim# 1; Filed: $35,265.38;<br>Reference: 0130 | 7100-000 | | | 0.00 |
| | | | Dividend paid  14.90%        4,298.80<br>on $28,840.90;  Claim# 2; Filed: $28,840.90;<br>Reference: 9088 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,359.00** | **20,359.00** | **$0.00** |
| | | | Less: Bank Transfers | | 20,359.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **20,359.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$20,359.00** | |

{} Asset reference(s)

Printed: 03/19/2013 03:11 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1:10-13799  
**Case Name:** ZWICK, TIMOTHY A

**Taxpayer ID #:** **-***0000  
**Period Ending:** 03/19/13

**Trustee:** Stacy B. Ferrara (590110)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $400,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/12 | {18} | Steven T. Shirreffs & Kelli A. Shirreffs | Deposit-offer to purchase right, title and interest in and to the Dorothy L. Brutcher 1996 Irrevocable Trust | 1129-000 | 2,500.00 | | 2,500.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,475.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.00 |
| 10/01/12 | {18} | Steven T. Shirreffs | Purchase of Trustee's interest in all right, title and interest in and to the Dorothy L. Brutcher 1996 Irrevocable Trust | 1129-000 | 22,500.00 | | 24,950.00 |
| 10/18/12 | 101 | Timothy A. Zwick | Exemption paid to Debtor | 8100-002 | | 4,591.00 | 20,359.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001059011088 20130103 | 9999-000 | | 20,359.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 20,359.00 | |
| **Subtotal** | 25,000.00 | 4,641.00 | |
| Less: Payments to Debtors | | 4,591.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$50.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****908766** | 0.00 | 20,359.00 | 0.00 |
| **Checking # 9200-******51-66** | 25,000.00 | 50.00 | 0.00 |
| | $25,000.00 | $20,409.00 | $0.00 |

{} Asset reference(s)